PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
02CR00393-039(PG)
DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christian Rivera-Pica<br>123 Ontario Street, 2nd Fl.<br>Providence, RI 02903 | Puerto Rico | |
| | NAME OF SENTENCING JUDGE: The Honorable Juan M. Perez-Gimenez | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: June 14, 2005 — TO: June 13, 2008 |

RECEIVED & FILED
'06 APR 26 PM 4 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

OFFENSE
21 U.S.C. § 846: Conspiracy to Distribute Narcotics

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Puerto Rico

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2-22-06
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Rhode Island

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/23/06
*Effective Date*

Ernest C Torres
*United States District Judge*

Attest to True Copy
DAVID A. DiMARZIO
By [signature]
Deputy Clerk

...this document ... entry on file
...RAN, CLERK
...Court for the
...Puerto Rico
Nivea L Ocasio
Deputy Clerk
April 27, 2006