**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**[1] JOSE ANIBAL DAVILA-LOPEZ AKA "JOSE CABEZON" (COUNTS 1 AND 2),**
**[2] JAVIER BAEZ-DAVILA AKA "JAVY" (COUNTS 1 AND 2),**
**[3] MODESTO ZARAGOZA LASA AKA "EL VIEJO MODE" (COUNTS 1 AND 2),**
**[4] WILSON MENDOZA-VAZQUEZ (COUNTS 1 AND 2),**
**[5] HERIBERTO OFRAY-CAMPOS AKA "ERIC EL TAPICERO" (COUNTS 1 AND 2),**
**[6] ALBERTO REYES-RODRIGUEZ AKA "HORMIGUITA" (COUNT 1),**
**[7] OSVALDO ORTIZ ROMAN AKA "MACHO EL GORDO" (COUNT 1),**
**[8] CARLOS VAZQUES-MOLINA AKA "PICOTA" (COUNT 1),**
**[9] HAROLD RIVERA-DAVILA AKA "JAROLD" (COUNT 1),**
**[10] GERALDO RODRIGUEZ-VIÑA AKA "VIÑA" (COUNTS 1 AND 2),**
**[11] GERALDO RODRIGUEZ-LOPEZ AKA "GERALDITO" (COUNTS 1 AND 2),**
**[12] CARLOS A. RODRIGUEZ-SUAREZ AKA "CUBANO" (COUNT 1),**
**[13] MIZAURY LOPEZ-SOTO AKA "MISAURY" (COUNT 1),**
**[14] RUBEN E. COLON-MORALES AKA "SHORTY" (COUNT 1),**
**[15] JOSE A. ORTIZ-LEBRON AKA "CHEVITO" (COUNT 1),**
**[16] REYMUNDO MASSARI TEXIDOR AKA "JUNITO BIEMBA" (COUNT 1),**
**[17] CARMEN MELENDEZ-ESTRELLA (COUNT 1),**
**[18] JOSE DAVILA-MORALES AKA "PICHU" (COUNT 1),**
**[19] DENNYS CRUZ-PEREIRA (COUNT 1),**
**[20] HEITY RODRIGUEZ DE ALMA (COUNT 1),**
**[21] PEDRO J. DIAZ-CLAVEL AKA "PEPE" (COUNT 1),**

**INDICTMENT**

CRIM. NO. 02 - 393 (DM)

**VIOLATIONS:**

21 U.S.C. 841(a)(1),
21 U.S.C. 841(b)(1),
21 U.S.C. 846,
21 U.S.C. 853(a)(1),
21 U.S.C. 853(a)(2), and
21 U.S.C. 853(p)

(TWO COUNTS)

**[22] CARLOS R. PICA-LYNN**
**AKA "CARLOS R. PICA-LIND" (COUNT 1),**
**[23] CARLOS M. ESCOBAR-FIGUEROA**
**AKA "CARLI" (COUNT 1),**
**[24] CARLOS GIOVANNI ESCOBAR-FIGUEROA**
**AKA "GIOVANNI" (COUNT 1),**
**[25] FELIPE ROSAS-SANTOS (COUNT 1),**
**[26] SAMUEL RIVERA-RODRIGUEZ**
**AKA "SAMMY PELIGRO" (COUNT 1),**
**[27] DOMINGO RODRIGUEZ-LEBRON**
**AKA "MINGO" (COUNT 1),**
**[28] OMAR RIVERA-RODRIGUEZ AKA "OMAR"**
**(COUNTS 1 and 2),**
**[29] ANTHONY GOMEZ-CRUZ AKA "GLOBO"**
**(COUNT 1),**
**[30] MODESTO ALEXIS VAZQUEZ-SOTO**
**AKA "ALEXIS" (COUNT 1),**
**[31] MIGUEL A. RODRIGUEZ VAZQUEZ**
**AKA "MIGUEL PEQUEQUE" (COUNT 1),**
**[32] VICTOR M. RIVERA MARTINEZ AKA "CUQUI"**
**(COUNT 1),**
**[33] VICTOR M. RIVERA RODRIGUEZ AKA "MANNY"**
**(COUNT 1),**
**[34] ANTONIO ACOSTA ANES AKA "LEPY" (COUNT 1),**
**[35] GERALDO RIOS LEBRON (COUNTS 1 and 2),**
**[36] GIOVANNI ACEVEDO MORALES AKA "GIOVA"**
**(COUNT 1),**
**[37] HERIBERTO TORRES SUAREZ AKA "CABE"**
**(COUNT 1),**
**[38] GAMALIER COLON MORALES (COUNT 1),**
**[39] CRISTIAN RIVERA PICA (COUNT 1),**
**[40] JOSE L. MORALES-RODRIGUEZ AKA "JOSIE"**
**(COUNT 1),**
**[41] JUAN TORRES ORTIZ AKA "JUANO" (COUNT 1),**
**[42] JULIO ANAYA SUAREZ AKA "EL ATLETA"**
**(COUNT 1), AND**
**[43] ADALBERTO RIVERA SANTIAGO,**
**AKA "PAPO EMPANADILLA" (COUNT 1).**

**Defendants.**

THE GRAND JURY CHARGES:

**COUNT ONE**

From on or about April 28, 1993, and continuing up to the date of this Indictment, in the District of Puerto Rico, and elsewhere, and within the jurisdiction of this Court, the defendants herein:

**[1] Jose Anibal Davila-Lopez aka "Jose Cabezon"**
**[2] Javier Baez-Davila aka "Javy"**
**[3] Modesto Zaragoza Lasa aka "El Viejo Mode"**
**[4] Wilson Mendoza-Vazquez**
**[5] Heriberto Ofray-Campos aka "Eric El Tapicero"**
**[6] Alberto Reyes-Rodriguez aka "Hormiguita"**
**[7] Osvaldo Ortiz Roman aka "Macho El Gordo"**
**[8] Carlos Vazques-Molina aka "Picota"**
**[9] Harold Rivera-Davila aka "Jarold"**
**[10] Geraldo Rodriguez-Viña aka "Viña"**
**[11] Geraldo Rodriguez-Lopez aka "Geraldito"**
**[12] Carlos A. Rodriguez-Suarez aka "Cubano"**
**[13] Mizaury Lopez-Soto aka "Misaury"**
**[14] Ruben E. Colon-Morales aka "Shorty"**
**[15] Jose A. Ortiz-Lebron aka "Chevito"**
**[16] Reymundo Massari Texidor aka "Junito Biemba"**
**[17] Carmen Melendez-Estrella**
**[18] Jose Davila-Morales aka "Pichu"**
**[19] Dennys Cruz-Pereira**
**[20] Heity Rodriguez de Alma**
**[21] Pedro J. Diaz-Clavel aka "Pepe"**
**[22] Carlos R. Pica-Lynn aka "Carlos R. Pica-Lind"**
**[23] Carlos M. Escobar-Figueroa aka "Carli"**
**[24] Carlos Giovanni Escobar-Figueroa aka "Giovanni"**
**[25] Felipe Rosas-Santos**
**[26] Samuel Rivera-Rodriguez aka "Sammy Peligro"**
**[27] Domingo Rodriguez-Lebron aka "Mingo"**
**[28] Omar Rivera-Rodriguez aka "Omar"**
**[29] Anthony Gomez-Cruz aka "Globo"**
**[30] Modesto Alexis Vazquez-Soto aka "Alexis"**
**[31] Miguel A. Rodriguez Vazquez aka "Miguel Pequeque"**

**[32] Victor M. Rivera Martinez aka "Cuqui"**
**[33] Victor M. Rivera Rodriguez aka "Manny"**
**[34] Antonio Acosta Anes aka "Lepy"**
**[35] Geraldo Rios Lebron**
**[36] Giovanni Acevedo Morales aka "Giova"**
**[37] Heriberto Torres Suarez aka "Cabe"**
**[38] Gamalier Colon Morales**
**[39] Cristian Rivera Pica**
**[40] Jose L. Morales-Rodriguez aka "Josie"**
**[41] Juan Torres Ortiz aka "Juano"**
**[42] Julio Anaya Suarez aka "El Atleta" and**
**[43] Adalberto Rivera Santiago aka "Papo Empanadilla"**

together and with others, known and unknown to the Grand Jury, did knowingly, intentionally, and unlawfully conspire, combine, confederate, and agree together and with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to possess with intent to distribute, and distribute, narcotic controlled substances, to wit: five (5) kilograms or more of cocaine, and/or fifty (50) grams or more of cocaine base ("crack"), both Schedule II Narcotic Drug Controlled Substances; and/or one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

Case 3:02-cr-00393-PG Document 2 Filed 10/04/2002 Page 5 of 18



## OBJECTS OF THE CONSPIRACY

The object of the conspiracy was to possess with the intent to distribute and distribute cocaine, cocaine base ("crack"), and heroin, at different drug points in Guayama, Puerto Rico, for significant financial gain or profit.

## MANNER AND MEANS OF THE CONSPIRACY

The following were among the manner and means used by the defendants and the co-conspirators to carry out the objects of the conspiracy and to ensure the success of their criminal organization:

a. It was part of the conspiracy that defendants and the co-conspirators would plan and arrange for the purchase and sale of cocaine, cocaine base ("crack"), heroin, and marijuana, from different locations in and around Guayama, Puerto Rico.

b. It was a further part of the conspiracy that the defendants and the co-conspirators would purchase cocaine and create cocaine base ("crack"), for subsequent sale in various locations in Guayama, Puerto Rico.

c. It was a further part of the conspiracy that the defendants and the co-conspirators would use residences and other locations to store, package and sell heroin, cocaine and cocaine base (crack), and to conceal drug trafficking proceeds, including, but not limited to an establishment more specifically described in COUNT TWO of this indictment.

d. It was a further part of the conspiracy that the defendants and the co-conspirators

would use veiled or coded references in the conversations to describe drug transactions.

e. It was a further part of the conspiracy that the defendants and the co-conspirators would keep each other informed of the activities, plan future transactions and share information about drug trafficking activity for the purpose of avoiding detection and ensuring the success of their criminal organization.

f. It was a further part of the conspiracy that the defendants and the co-conspirators would use fictitious names, aliases, and false identification and other means to avoid detection by law enforcement authorities.

g. It was a further part of the conspiracy that the defendants and the co-conspirators would at various times during the conspiracy, perform different functions in furtherance of the organization's drug trafficking activities.

h. It was a further part of the conspiracy that defendants and the co-conspirators would and did arrange for and coordinate the pick-up of United States currency from the sale of narcotics and other dangerous drugs (hereafter "drug proceeds").

i. It was a further part of the conspiracy that defendants and the co-conspirators would possess firearms in order to protect themselves and/or the drug proceeds from other competing drug organizations.

j. It was a further part of the conspiracy that defendants and the co-conspirators would beat and/or kill individuals who stole money and/or narcotics from the drug point, and/or for no reason at all.

Case 3:02-cr-00393-PG Document 2 Filed 10/04/2002 Page 7 of 18



k. It was further a part of the conspiracy that defendants and the co-conspirators would and did cause drugs and drug proceeds to be delivered to various locations in the District of Puerto Rico.

## ROLES OF THE MEMBERS OF THE CONSPIRACY

**A. Leaders.**

**[1] Jose Anibal Davila-Lopez aka "Jose Cabezon"** was the leader and organizer of this drug-trafficking organization. He did lead, organize, control, enforce through the use of violence, and supervise the sale of narcotic controlled substances at different drug points located in Guayama, Puerto Rico. He did direct and supervise numerous subordinates whose principal tasks were: (a) to supply sellers with the drugs to be sold and to collect the proceeds derived from their sale at the drug points; (b) to package drugs for subsequent sale at the drug points; and (c) to provide protection to both himself and the illegal narcotics being sold at the drug points and the proceeds of the sales. **[1] Jose Anibal Davila-Lopez aka "Jose Cabezon"** was assisted by **[2] Javier Baez-Davila aka "Javy"** in the administration of this drug-trafficking organization.

**B. Suppliers.**

**[3] Modesto Zaragoza Lasa aka "El Viejo Mode"** and **[28] Omar Rivera-Rodriguez aka "Omar"** were the heroin and cocaine suppliers to the drug-trafficking organization.

C. **Runners, Drug Processors, Sellers, and Shift Supervisors.**

[1] **Jose Anibal Davila-Lopez aka "Jose Cabezon"** would employ runners, sellers, processors, and shift supervisors for his drug-trafficking organization. The runners would receive packaged narcotics and would deliver them to the sellers for sale at the drug point, and would collect the proceeds derived from sales already completed by the sellers. Runners and shift supervisors would be responsible for the status of the inventory of illegal narcotics sold at the drug points and for supervising the operations of the drug point. Drug processors would process the narcotics for later distribution. Among the co-conspirators that acted as runners, processors, sellers, and shift supervisors, during pertinent times of the conspiracy, were:

**[4] Wilson Mendoza-Vazquez**
**[5] Heriberto Ofray-Campos aka "Eric El Tapicero"**
**[6] Alberto Reyes-Rodriguez aka "Hormiguita"**
**[7] Osvaldo Ortiz Roman aka "Macho El Gordo"**
**[8] Carlos Vazques-Molina aka "Picota"**
**[10] Geraldo Rodriguez-Viña aka "Viña"**
**[11] Geraldo Rodriguez-Lopez aka "Geraldito"**
**[12] Carlos A. Rodriguez-Suarez aka "Cubano"**
**[14] Ruben E. Colon-Morales aka "Shorty"**
**[15] Jose A. Ortiz-Lebron aka "Chevito"**
**[16] Reymundo Massari Texidor aka "Junito Biemba"**
**[17] Carmen Melendez-Estrella**
**[18] Jose Davila-Morales aka "Pichu"**
**[19] Dennys Cruz-Pereira**
**[21] Pedro J. Diaz-Clavel aka "Pepe"**
**[23] Carlos M. Escobar-Figueroa aka "Carli"**
**[24] Carlos Giovanni Escobar-Figueroa aka "Giovanni"**
**[25] Felipe Rosas-Santos**
**[27] Domingo Rodriguez-Lebron aka "Mingo"**
**[29] Anthony Gomez-Cruz aka "Globo"**
**[31] Miguel A. Rodriguez Vazquez aka "Miguel Pequeque"**
**[32] Victor M. Rivera Martinez aka "Cuqui"**
**[33] Victor M. Rivera Rodriguez aka "Manny"**
**[34] Antonio Acosta Anes aka "Lepy"**

Case 3:02-cr-00393-PG Document 2 Filed 10/04/2002 Page 9 of 18



**[35] Geraldo Rios Lebron**
**[36] Giovanni Acevedo Morales aka "Giova"**
**[37] Heriberto Torres Suarez aka "Cabe"**
**[38] Gamalier Colon Morales**
**[39] Cristian Rivera Pica**
**[41] Juan Torres Ortiz aka "Juano"**
**[42] Julio Anaya Suarez aka "El Atleta" and**
**[43] Adalberto Rivera Santiago aka "Papo Empanadilla"**

**D. Enforcers.**

**[1] Jose Anibal Davila-Lopez aka "Jose Cabezon"** had enforcers who were part of this drug-trafficking organization. These enforcers would possess, carry, use, and brandish firearms, using them to provide protection to the leader of the organization as well as to the drug operations of the conspiracy from rival drug-trafficking organizations. Among the persons that acted as enforcers were: **[9] Harold Rivera-Davila aka "Jarold," [13] Misaury Lopez-Soto aka "Mizaury," [20] Heity Rodriguez de Alma, [22] Carlos R. Pica-Lynn aka "Carlos R. Pica-Lind," [26] Samuel Rivera-Rodriguez aka "Sammy Peligro," [30] Modesto Alexis Vazquez-Soto aka "Alexis," and [40] Jose L. Morales-Rodriguez aka "Josie."**

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of this conspiracy, and to effect and accomplish the objects of the same, one or more of the conspirators committed, among others, the following overt acts:

1. On or about April 28, 1993, **[13] Misaury Lopez-Soto aka "Mizaury"** possessed with intent to distribute twenty (20) $10 bags of cocaine, and a detectable amount of heroin.

2. On or about October 10, 1995, **[7] Osvaldo Ortiz Roman aka "Macho El Gordo"** possessed a .38 caliber revolver, a Colt semi-automatic AR-15 assault rifle, ammunition, and a smoke grenade, in furtherance of the charged conspiracy.

3. On or about November 20, 1996, **[20] Heity Rodriguez de Alma** possessed with intent to distribute seventy-two (72) decks of heroin.

4. On or about January 3, 1997, **[22] Carlos R. Pica Lynn aka Carlos R. Pica-Lind** possessed with intent to distribute thirty-five (35) decks (containing 1.25 grams) of heroin, fifty-four (54) capsules (containing 6.42 grams) of cocaine base ("crack"), and sixteen (16) bags (containing 2.06 grams) of cocaine.

5. On or about March 13, 1997, **[22] Carlos R. Pica Lynn aka Carlos R. Pica-Lind** possessed a .9mm Ingram handgun (Serial No. 89-0060125) and a .9mm Astra pistol, Model 100, Serial Number 8356C, in furtherance of the charged conspiracy.

6. On or about June 6, 1997, **[30] Modesto Alexis Vazquez-Soto aka "Alexis"** possessed a .357 magnum revolver, Colt, Serial Number 89985, in furtherance of the charged conspiracy.

7. On or about August 12, 1997, **[30] Modesto Alexis Vazquez-Soto aka "Alexis"**, possessed a .357 magnum revolver, Colt Python, Serial Number 57491, in furtherance of the charged conspiracy.

8. On or about August 28, 1997, **[7] Osvaldo Ortiz Roman aka "Macho El Gordo"** and **[22] Carlos R. Pica Lynn aka Carlos R. Pica-Lind** possessed with intent to distribute thirteen (13) decks (containing 0.89 grams) of heroin, nineteen (19) bags

Case 3:02-cr-00393-PG Document 2 Filed 10/04/2002 Page 11 of 18



(containing 8.06 grams) of cocaine, forty-nine (49) capsules (containing 5.63 grams) of cocaine base ("crack"), and a handgun.

9. On or about November 12, 1997, **[37] Heriberto Torres Suarez aka "Cabe"** possessed with intent to distribute fourteen (14) capsules (containing 1.61 grams) of cocaine base ("crack"), fifteen (15) bags (containing 4.28 grams) of cocaine, and three (3) decks (containing 0.23 grams) of heroin.

10. On March 25, 1998, **[13] Misaury Lopez-Soto aka "Mizaury"** possessed a .9mm Smith and Wesson handgun, Model 6906, Serial Number TYD 0423, in furtherance of the charged conspiracy.

11. On or about March 4, 1999, **[19] Dennys Cruz-Pereira** possessed with intent to distribute approximately 4.89 grams of cocaine.

12. On or about May 18, 1999, **[2] Javier Baez-Davila aka "Javy"** possessed a 7.62 millimeter MAC 90 assault rifle, with a mutilated serial number, and a "Drum" magazine, in furtherance of the charged conspiracy.

13. On or about March 11, 2000, **[9] Harold Rivera Davila** possessed with intent to distribute approximately 102.2 grams of cocaine, and 8.3 grams of cocaine base ("crack").

14. On or about March 11, 2000, **[2] Javier Baez-Davila aka "Javy"** possessed with intent to distribute four (4) bags (containing 501.8 grams) of cocaine, one (1) bag (containing 190.44 grams) of cocaine, and fifty-two (52) bags (containing 16.98 grams) of cocaine.

15. On or about October 21, 2000, **[16] Reymundo Massari Texidor, aka "Junito Biemba"** possessed with intent to distribute fifty (50) capsules (containing 6.51 grams) of cocaine base ("crack").

16. On or about March 14, 2001, **[16] Reymundo Massari Texidor, aka "Junito Biemba"** possessed with intent to distribute ten (10) decks (containing 0.82 grams) of heroin, and twenty (20) capsules (containing 2.14 grams) of cocaine base ("crack").

17. On or about March 20, 2001, **[4] Wilson Mendoza-Vazquez** possessed with intent to distribute three hundred (300) capsules of cocaine base ("crack").

18. On or about March 22, 2001, **[7] Osvaldo Ortiz Roman aka "Macho El Gordo"** and **[15] Jose A. Ortiz Lebron aka "Chevito"** possessed with intent to distribute ten (10) decks (containing 0.53 grams) of heroin.

19. On or about March 28, 2001, **[30] Modesto Alexis Vazquez-Soto aka "Alexis"** possessed with intent to distribute ninety-eight (98) capsules (containing 8.19 grams) of cocaine base ("crack"), and one (1) deck of heroin (containing 0.1 grams).

20. On or about March 29, 2001, **[2] Javier Baez-Davila aka "Javy"** possessed with intent to distribute twenty (20) capsules (containing 1.89 grams) of cocaine base ("crack"), and ten (10) decks of heroin (containing 1.20 grams).

21. On or about April 5, 2001, **[25] Felipe Rosas-Santos** possessed with intent to distribute sixteen (16) bags of cocaine, thirty (30) capsules of cocaine base ("crack"), and twenty-four (24) decks of heroin.

Case 3:02-cr-00393-PG Document 2 Filed 10/04/2002 Page 13 of 18



22. On or about April 6, 2001, **[6] Alberto Reyes Rodriguez aka "Hormiguita"** possessed with intent to distribute one (1) bag of cocaine, and six (6) decks of heroin.

23. On or about April 24, 2001, **[6] Alberto Reyes Rodriguez aka "Hormiguita" [10]** and **Geraldo Rodriguez Viña aka Viña** possessed with intent to distribute twenty (20) decks of heroin.

24. On or about May 2, 2001, **[4] Wilson Mendoza-Vazquez** possessed with intent to distribute two hundred (200) capsules of cocaine base ("crack").

25. On or about May 24, 2001, **[32] Victor M. Rivera Martinez aka "Cuqui"** possessed with intent to distribute twenty-six (26) capsules of cocaine base ("crack"), fifty (50) decks of heroin, and nine (9) bags of cocaine.

26. On or about June 1, 2001, **[31] Miguel A. Rodriguez Vazquez aka "Miguel Pequeque"** possessed a .357 Magnum handgun, Serial Number 159-37935, in furtherance of the charged conspiracy; he also possessed with intent to distribute one (1) bag of cocaine, and one hundred and thirty (130) decks of heroin.

27. On or about June 14, 2001, **[5] Heriberto Ofray Campos aka "Eric El Tapicero"** and **[21] Pedro J. Diaz Clavel aka "Pepe"** possessed with intent to distribute one bag (approximately 55.0 grams) of cocaine.

28. On or about June 21, 2001, **[19] Dennys Cruz-Pereira** possessed with intent to distribute fifty (50) capsules (containing 2.88 grams) of cocaine base ("crack").

29. On or about July 26, 2001, **[23] Carlos M. Escobar Figueroa aka "Carli"** possessed with intent to distribute fifty (50) capsules containing cocaine base

("crack").

30. On or about August 18, 2001, **[23] Carlos M. Escobar Figueroa aka "Carli"** possessed with intent to distribute one (1) capsule of cocaine base ("crack"); he also possessed one thousand ninety-three dollars ($1,093.00), believed to be the proceeds of drug sales.

31. On or about October 25, 2001, **[32] Victor M. Rivera Martinez aka "Cuqui"** possessed with intent to distribute one (1) bag of cocaine.

32. On or about December 28, 2001, **[35] Geraldo Rios Lebron** possessed with intent to distribute approximately 65.2 grams of cocaine.

33. On or about December 28, 2001, **[32] Victor M. Rivera Martinez aka "Cuqui"** possessed with intent to distribute twenty-one (21) bags of cocaine, twenty-three (23) capsules of cocaine base ("crack"), and twelve (12) decks containing heroin.

34. On or about February 27, 2002, **[36] Giovanni Acevedo Morales aka "Giova"** possessed with intent to distribute seventy (70) decks of heroin, forty-two (42) bags of cocaine, and thirty-eight (38) capsules of cocaine base ("crack").

35. On or about March 5, 2002, **[36] Giovanni Acevedo Morales aka "Giova"** possessed with intent to distribute eighty-two (82) decks of heroin, and forty-five (45) bags of cocaine.

36. On or about April 14, 2002, **[18] Jose Davila-Morales aka "Pichu"** possessed a .357 Smith and Wesson handgun, Serial Number ANB-6820, in furtherance of the charged conspiracy.

Case 3:02-cr-00393-PG Document 2 Filed 10/04/2002 Page 15 of 18



37. On or about July 14, 2002, **Heriberto Ofray-Campos aka "Eric El Tapicero"** possessed an Interdynamic Model KG 99 semiautomatic pistol, .9 mm Luger, Serial Number 07864, with one .9 mm bullet chambered and no magazine, in furtherance of the charged conspiracy.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**

**NARCOTICS FORFEITURE ALLEGATIONS**

1. As a result of a conviction as to COUNT ONE of this Indictment, which is incorporated herein by reference,

[1] **Jose Anibal Davila-Lopez aka "Jose Cabezon"**
[2] **Javier Baez-Davila aka "Javy"**
[3] **Modesto Zaragoza Lasa aka "El Viejo Mode"**
[4] **Wilson Mendoza-Vazquez**
[5] **Heriberto Ofray-Campos aka "Eric El Tapicero"**
[10] **Geraldo Rodriguez-Viña aka "Viña"**
[11] **Geraldo Rodriguez-Lopez aka "Geraldito"**
[28] **Omar Rivera-Rodriguez aka "Omar"** and
[35] **Geraldo Rios Lebron**

the defendants herein, shall forfeit, jointly and severally, to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2):

a. Any property, real or personal, constituting, or derived from, proceeds that the person(s) obtained, directly or indirectly, as a result of such violation, and any

property, real or personal, used or intended to be used in any manner or part to commit and/or to facilitate the commission of the violations alleged in COUNT ONE of this Indictment, including, but not limited to:

[A] ONE LOT LOCATED IN GUAYAMA, PUERTO RICO, TOGETHER WITH ALL BUILDINGS, ATTACHMENTS, IMPROVEMENTS, AND APPURTENANCES THEREON, MORE FULLY DESCRIBED AS FOLLOWS:

URBANA: Solar #106 de la Urbanización Jardines de Salinas del término municipal de Salinas, Puerto Rico, con una cabida superficial de 300.00 metros cuadrados, equivalentes a 0.0763 cuerdas; en lindes por el NORTE, con una distancia de 13.48 metros lineales con la Calle denominada F; por el SUR, con una distancia de 13.48 metros lineales con los solares denominados #96 y #97; por el ESTE, con una distancia de 22.25 metros lineales con el solar denominado #104; por el OESTE, con una distancia de 22.25 metros lineales, con el solar denominado #108.

ENCLAVA: Una casa terrera en hormigón de 3 dormitorios, 2 baños, sala comedor, cocina, balcón y marquesina.

Es segregación de la finca #9950, inscrito al folio 247 del tomo 247 de Salinas, inscripción 1ra (Sección de Guayama).

Inscrita a favor de HERIBERTO OFRAY CAMPOS.

b. A sum of money equal to the total amount of money, representing the amount of proceeds obtained as a result of the offense for which the defendants are convicted, that being: TWO MILLION, FIVE HUNDRED THOUSAND DOLLARS ($2,500,000.00).

Case 3:02-cr-00393-PG Document 2 Filed 10/04/2002 Page 17 of 18



2. **Substitute Assets.**

Pursuant to Title 21, United States Code, Section 853(p), any and all interest of the defendants in the above described assets shall forfeit to the United States substitute property up to the value of any property described in paragraph 1. In the event that any of the above-mentioned assets, or any portion thereof, as a result of any act or omission of the defendants:

a. cannot be located upon exercise of due diligence;

b. has been transferred, or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of this court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty.

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to an amount equivalent to the value of the property forfeitable under Sections 853(a)(1) and (2), including, but not limited to: TWO MILLION, FIVE HUNDRED THOUSAND DOLLARS ($2,500,000.00).

3. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

All in accordance with Title 21, United States Code, Sections 853(a)(1) and (2).

A TRUE BILL:

[signature]
FOREPERSON sept. 26, 2002.

H.S. Garcia
United States Attorney

[signature]
Sonia I. Torres
Assistant U.S. Attorney
Chief, Criminal Division

[signature]
Edwin O. Vazquez
Deputy Chief, Criminal Division

[signature]
Irene C. Feldman #217302
Assistant U.S. Attorney

Dated: Sept 26, 2002

[illegible] DISTRICT OF RHODE ISLAND
DISTRICT COURT
2006 MAY -1 A 11: 03
FILED

[illegible] to be a true & exact copy of the document, or an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico
By: Nivea L. Ocasio
Deputy Clerk
Date: April 27, 2006