APPEAL, CASECLOSED, CLOSEDFILE, OPEN FILE

# United States District Court
# District of Puerto Rico (San Juan)
# CRIMINAL DOCKET FOR CASE #: 3:02-cr-00393-PG-39

Case title: USA v. Davila-Lopez, et al

Date Filed: 10/04/2002

Assigned to: Juan M Perez-Gimenez

**Defendant**

**Cristian Rivera-Pica** (39)
*TERMINATED: 11/12/2003*
*also known as*
Sealed Defendant 39

represented by **Carlos E. Beck**
Carlos Beck Law Firm
Villa Caparra
48 A St
Guaynabo, PR 00966
787-781-2825
Fax: 787-775-0478
Email: cbeck@coqui.net
*TERMINATED: 11/12/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
| --- | --- |
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | IMPR for a term of 37 months. SRT of 3 years. SRT of 3 years. SMA of .00. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
| --- | --- |
| None | |

**Interested Party**

**US Probation**

**Interested Party**

**Banco Bilbao Vizcaya Argentaria** represented by **Vanessa M. Torres-Quinones**
Martinez & Torres Law Offices, PSC
PO Box 192938
San Juan, PR 00919-2938
787-767-8244
Fax: 787-767-1183
Email: vtorres@martineztorreslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Plaintiff**

**USA** represented by **Irene C. Feldman**
United States Attorney's Office
Torre Chardon
350 Carlos Chardon St.
Suite 1201
San Juan, PR 00918
787-282-1813
Fax: 787-766-6222
Email: irene.c.feldman2@usdoj.gov
*TERMINATED: 01/21/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pretrial Services**
U.S. Pretrial Services
Federal Building
Room 691
San Juan, PR 00918-1767
772-3300
Fax: 766-5651
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal**
U.S. Marshal Service
Federal Building
Room 100
San Juan, PR 00198-1767
766-6000
Fax: 766-6211
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation**
U.S. Probation Office

Federal Building
Room 143
San Juan, PR 00918-1767
766-5596
Fax: 766-5945
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Judith Vargas**
United States Attorney's Office
Torre Chardon
350 Carlos Chardon St.
Suite 1201
San Juan, PR 00918
787-282-1922
Fax: 787-771-4050
Email: judith.vargas@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2002 | 1 | MOTION by USA as to all defts. to Seal Document(s) (re) (Entered: 10/07/2002) |
| 10/04/2002 | 2 | INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2, Sealed Defendant 2 (2) count(s) 1, 2, Sealed Defendant 3 (3) count(s) 1, 2, Sealed Defendant 4 (4) count(s) 1, 2, Sealed Defendant 5 (5) count(s) 1, 2, Sealed Defendant 6 (6) count(s) 1, Sealed Defendant 7 (7) count(s) 1, Sealed Defendant 8 (8) count(s) 1, Sealed Defendant 9 (9) count(s) 1, Sealed Defendant 10 (10) count(s) 1, 2, Sealed Defendant 11 (11) count (s) 1, 2, Sealed Defendant 12 (12) count(s) 1, Sealed Defendant 13 (13) count(s) 1, Sealed Defendant 14 (14) count(s) 1, Sealed Defendant 15 (15) count(s) 1, Sealed Defendant 16 (16) count(s) 1, Sealed Defendant 17 (17) count(s) 1, Sealed Defendant 18 (18) count(s) 1, Sealed Defendant 19 (19) count(s) 1, Sealed Defendnat 20 (20) count(s) 1, Sealed Defendant 21 (21) count(s) 1, Sealed Defendant 22 (22) count(s) 1, Sealed Defendant 23 (23) count(s) 1, Sealed Defendant 24 (24) count (s) 1, Sealed Defendant 25 (25) count(s) 1, Sealed Defendant 26 (26) count(s) 1, Sealed Defendant 27 (27) count(s) 1, Sealed Defendant 28 (28) count(s) 1, 2, Sealed Defendant 29 (29) count(s) 1, Sealed Defendant 30 (30) count(s) 1, Sealed Defendant 31 (31) count(s) 1, Sealed Defendant 32 (32) count(s) 1, Sealed Defendant 33 (33) count(s) 1, Sealed Defendant 34 (34) count(s) 1, Sealed Defendant 35 (35) count(s) 1, 2, Sealed Defendant 36 (36) count(s) 1, Sealed Defendant 37 (37) count(s) 1, Sealed Defendant 38 (38) count(s) 1, Sealed Defendant 39 (39) count(s) 1, Sealed Defendant 40 (40) count(s) 1, Sealed Defendant 41 (41) count(s) 1, Sealed Defendant 42 (42) count(s) 1, Sealed Defendant 43 (43) count(s) 1 (U.S. Attorney Irene C. Feldman) (re) (Entered: 10/07/2002) |
| 10/04/2002 | | ENDORSED ORDER as to Sealed Defendant 23-43 granting [1-1] motion to Seal Document(s) as to Sealed Defendant 23-43 ( Entered by |

| | | |
|---|---|---|
| | | Magistrate Judge Aida M. Delgado-Colon ) (re) (Entered: 10/07/2002) |
| 10/04/2002 | 3 | Minute entry as to Sealed Defendant 1-43 : Return of indictment by the GJ. Warrant of arrest to be issued. ( Magistrate Judge Aida M. Delgado-Colon ) (re) (Entered: 10/07/2002) |
| 10/04/2002 | | ARREST WARRANT issued as to all defts. (re) (Entered: 10/07/2002) |
| 10/04/2002 | | WRIT of for inspection and protective order issued on 10/4/02. (re) (Entered: 10/07/2002) |
| 10/08/2002 | 15 | ORDER as to all defts granting gov's req to unseal the indictment. Signed by Magistrate Judge Aida M. Delgado-Colon ) (ft) (Entered: 10/09/2002) |
| 10/08/2002 | | ARREST of Reymundo Massari-Texidor, Anthony Gomez-Cruz, Gamaliel Colon-Morales, Cristian Rivera-Pica (re) (Entered: 10/18/2002) |
| 10/08/2002 | | Initial appearance as to Reymundo Massari-Texidor, Anthony Gomez-Cruz, Gamaliel Colon-Morales, Cristian Rivera-Pica held before Magistrate Judge Aida M. Delgado-Colon (Defendant informed of rights.) (re) (Entered: 10/18/2002) |
| 10/08/2002 | 37 | Minute entry as to defts. 16, 29, 38, 39: Initial appearance held. setting Bail Hearing for 3:30 10/18/02 for defts. 16, 29, 38, 39 before Magistrate Judge Aida M. Delgado-Colon , setting Arraignment for 3:30 10/18/02 for defts. 16, 29, 38 and 39 before Magistrate Judge Aida M. Delgado-Colon Defts. are committed. ( Magistrate Judge Aida M. Delgado-Colon ) (re) (Entered: 10/18/2002) |
| 10/08/2002 | 38 | ORDER OF TEMPORARY DETENTION as to Reymundo Massari-Texidor, Anthony Gomez-Cruz, Gamaliel Colon-Morales, Cristian Rivera-Pica ( Signed by Magistrate Judge Aida M. Delgado-Colon ) (re) (Entered: 10/18/2002) |
| 10/10/2002 | 50 | NOTICE to MDC-Guaynabo re: dft's medical cond and/or treatment (ov) Modified on 10/18/2002 (Entered: 10/15/2002) |
| 10/18/2002 | | Arraignment as to Cristian Rivera-Pica held before Magistrate Judge Aida M. Delgado-Colon (ni) (Entered: 10/22/2002) |
| 10/18/2002 | | Bail hearing as to Cristian Rivera-Pica held before Magistrate Judge Aida M. Delgado-Colon (ni) (Entered: 10/22/2002) |
| 10/18/2002 | 114 | Minute entry as to Cristian Rivera-Pica : Arr. held. PONG entd as to Ct. 1. BAIL HEARING held. After hearing the parties, deft is ordered detained pending trial. ( Magistrate Judge Aida M. Delgado-Colon ) (ni) (Entered: 10/22/2002) |
| 10/22/2002 | | CASE REFERRED TO COURTROOM DEPUTY. (ni) (Entered: 10/22/2002) |
| 10/22/2002 | 135 | MINUTES of Setting as to all defts except # 30 and 41. set Status Conference for 9:00 11/1/02 before Judge Perez Gimenez (Clerk) (ni) (Entered: 10/23/2002) |
| 10/31/2002 | 203 | ORDER OF DETENTION as to Cristian Rivera-Pica ( Signed by Magistrate Judge Aida M. Delgado-Colon ) (ni) (Entered: 11/04/2002) |
| 11/01/2002 | 232 | CJA 20 as to Cristian Rivera-Pica : Appointment of Attorney Carlos E. |

| | | |
|---|---|---|
| | | Beck nunc pro tunc as of 10/8/02 (Clerk) (ja) (Entered: 11/05/2002) |
| 11/01/2002 | | Status conference as to all defts except #30 & 41. (Before Judge Juan M. Perez-Gimenez) (ni) Modified on 11/06/2002 (Entered: 11/06/2002) |
| 11/05/2002 | 246 | ORDER as to all defts [174-1] motion to Compel discovery and prod. of exculpatory material Noted. as to Omar Rivera-Rodriguez (28) [175-1] motion for Government Agency to retain rough notes Noted. as to Omar Rivera-Rodriguez (28) [176-1] motion for stmts of non-testifying co-conspirators under Rule 16 Noted. as to Omar Rivera-Rodriguez (28) [177-1] motion for Disclosure of information concerning informant and/or cooperating witnesses Noted. as to Omar Rivera-Rodriguez (28) [178-1] motion for 404(b) disclosure Noted. as to Omar Rivera-Rodriguez (28) [180-1] motion for Government Agency to retain rough notes Noted. as to Julio Anaya-Suarez (42) [181-1] motion for prod. of stmts of non-testifying co-conspirators under Rule 16 Noted. as to Julio Anaya-Suarez (42) [182-1] motion for Discovery and prod. of exculpatory material Noted. as to Julio Anaya-Suarez (42) [183-1] motion for Disclosure of information concerning informant and/or cooperating witnesses Noted. as to Julio Anaya-Suarez (42) Noted. [184-1] motion for 404(b) disclosure Noted. as to Julio Anaya-Suarez (42) [186-1] motion to Extend Time for 20 days to file motions for governmental discovery, to file notice of alibi and any dispositive motions Noted. as to Pedro Jose Diaz-Clavell (21) [187-1] motion to Extend Time for 20 days to file motions for governmental discovery, to file notice of alibi and any dispositive motions Noted. as to Heriberto Ofray-Campos (5) Discovery and Motion practice will be conducted pursuant to the instructions of the Court as specified at the 11/1/02 Status Conference ( Signed by Magistrate Judge Aida M. Delgado-Colon ) (ja) (Entered: 11/05/2002) |
| 11/05/2002 | 247 | ORDER as to all defts granting/noted [57-1] motion under Rule 12 - for designation of evidence as to Geraldo Rodriguez-Lopez (11) granting/noted [89-1] motion under Rule 12 as to Ruben E. Colon-Morales (14)granting/noted [90-1] motion for Government Agency to retain rough notes as to Ruben E. Colon-Morales (14)granting/noted [91-1] motion for the govt to provide notice of its intention to introduce evidence of other crimes, wrongs or acts at trial under Rule 404(b) as to Ruben E. Colon-Morales (14)granting/noted [95-1] motion for Disclosure the existence of continuing surveillance as to Adalberto Rivera-Santiago (43) [96-1] motion for Discovery under Rule 16 of the FRCP as to Adalberto Rivera-Santiago (43):ruling issued to Dkt #101 is made extensive to the instant request for R16 disclosures [97-1] motion as to admissibility of co-conspirator's statement and/or proof at trial under FR Evid. 104(a) (c) Noted. as to Adalberto Rivera-Santiago (43) granting/noted [98-1] motion for 404(b) disclosure as to Adalberto Rivera-Santiago (43)granting/noted [99-1] motion for 404(b) disclosure as to Carlos Vazquez-Molina (8)granting [100-1] motion for Disclosure the existence of continuing electronic surveillance as to Carlos Vazquez-Molina (8)granting in part, denying in part [101-1] motion for Discovery under Rule 16 of the FRCP as to Carlos Vazquez-Molina (8) [102-1] motion as to admissibility of co-conspirator's statement and/or proof at trial under FR Evid. 104 (a) and (c) Noted. as to Carlos Vazquez-Molina (8)granting/noted [136-1] motion to Compel disclosure of exculpatory evidence as to Victor M. Rivera-Rodriguez (33)granting/noted [137-1] |

| | | |
|---|---|---|
| | | motion for Government Agency to retain rough notes as to Victor M. Rivera-Rodriguez (33)granting in part, denying in part [138-1] motion for Discovery as to Victor M. Rivera-Rodriguez (33)granting/noted [139-1] motion under Rule 12 as to Victor M. Rivera-Rodriguez (33) [153-1] motion for Brady Material Noted. as to Carmen Maria Melendez-Estrella (17), [153-2] motion for Government Agency to retain rough notes Noted. as to Carmen Maria Melendez-Estrella (17), [153-3] motion for 404(b) disclosure Noted. as to Carmen Maria Melendez-Estrella (17), [153-4] motion under Rule 12 Noted. as to Carmen Maria Melendez-Estrella (17)granting/noted [158-1] motion for Government Agency to retain rough notes as to Domingo Rodriguez-Lebron (27)granting/noted [159-1] motion under Rule 12 as to Domingo Rodriguez-Lebron (27) granting/noted [160-1] motion for 404(b) disclosure as to Domingo Rodriguez-Lebron (27) ( Signed by Magistrate Judge Aida M. Delgado-Colon ) (ja) (Entered: 11/05/2002) |
| 11/05/2002 | | CASE REFERRED TO COURTROOM DEPUTY. (ja) (Entered: 11/05/2002) |
| 11/06/2002 | 249 | Minute entry dated 11/1/02 as to all defts except #30 and 41: S/C called. There were several attys absent and some defts were rep. by other cnsl. Discovery discussed. Govt req. 60 days to set the disc. viewing for defense counsel. set Second Conference for 9:00 1/24/03 before Judge Juan M. Perez-Gimenez , set Jury Trial for 9:00 3/17/03 before Judge Juan M. Perez-Gimenez Cnsl for deft Mizaury Lopez req. early disclosure of Rule 404(b) evidence. Req. is Court Reporter: B. Vazquetelles. ( Judge Juan M. Perez-Gimenez ) (ni) Modified on 11/06/2002 (Entered: 11/06/2002) |
| 11/18/2002 | 252 | CASE MANAGEMENT ORDER. No discovery motions shall be filed unless there is an urgent need. Govt shall disclose all discoverable evidence. The ends of justice outweighs the interest of the public and defendants in a speedy trial. S/C set for 1/24/03 at 9:00 AM. JT set for 3/17/03 at 9:00 AM. ( Signed by Judge Juan M. Perez-Gimenez ) (ni) (Entered: 11/18/2002) |
| 12/10/2002 | 273 | NOTICE of atty's absence from 12/27/02 to 1/17/03, by Cristian Rivera-Pica (ni) (Entered: 12/11/2002) |
| 12/11/2002 | 274 | ARREST WARRANT Returned Executed as to defts #6,10-25, 27-29,31,32,35-40,42,43 on 10/8/02 (ni) (Entered: 12/12/2002) |
| 01/24/2003 | | Status conference as to defts #1-29 and 31-43. before Judge Juan M. Perez-Gimenez (ni) (Entered: 01/29/2003) |
| 01/24/2003 | 294 | Minute entry as to defts 1-29,31-43. Second S/C held. cutoff date for govt to provide Discovery is 3/14/03 De novo hearing set for 1/30/03 at 1:30 PM as to co-deft #28 Omar Rivera. set Change of Plea Deadline for 2/21/03 Court Reporter: B. Vazquetelles ( Judge Juan M. Perez-Gimenez ) (ni) (Entered: 01/29/2003) |
| 02/25/2003 | 324 | MINUTES of Setting as to all defts: set Status Conference for 9:30 3/6/03 before Judge Juan M. Perez-Gimenez (Clerk) (ni) (Entered: 02/25/2003) |
| 03/06/2003 | | Status conference as to all defts except #30 held before Judge Juan M. |

| | | |
|---|---|---|
| | | Perez-Gimenez (ni) (Entered: 03/07/2003) |
| 03/06/2003 | 349 | Minute entry as to all defts except #30. Third S/C held. Discovery discussed. Motions to suppress evidence shall be filed by 5/23/03. COP deadline is 6/13/03. reset Jury Trial for 9:00 7/14/03 before Judge Juan M. Perez-Gimenez Court Reporter: B. Vazquetelles ( Judge Juan M. Perez-Gimenez ) (ni) (Entered: 03/07/2003) |
| 03/12/2003 | 354 | Minute entry as to all defts except #30 of Third S/C held. Amending minutes of 3/6/03 finding in the interest of justice and of the defts that the STA is tolled until 7/14/03. Court Reporter: B. Vazquetelles ( Judge Juan M. Perez-Gimenez ) (ni) (Entered: 03/12/2003) |
| 03/18/2003 | 355 | CJA 24 Authorization to Pay James Rohan $ 568.00 for Transcript Voucher # 030317000026 ( Signed by Magistrate Judge Aida M. Delgado-Colon ) (cm) (Entered: 03/19/2003) |
| 04/07/2003 | | dkts 365 and 366 ref to PG (np) (Entered: 04/07/2003) |
| 05/12/2003 | 393 | MINUTES of Setting as to all defts set Status Conference for 9:15 5/27/03 before Judge Juan M. Perez-Gimenez (Clerk) (ni) (Entered: 05/13/2003) |
| 05/22/2003 | 401 | MOTION by Cristian Rivera-Pica requesting that the gov be specific about its case against deft so that he can prepare a defense (ft) (Entered: 05/27/2003) |
| 05/23/2003 | 402 | MOTION by Cristian Rivera-Pica for 404(b) disclosure (ft) (Entered: 05/27/2003) |
| 05/27/2003 | | Status conference as to all defts except #30 held before Judge Juan M. Perez-Gimenez (ni) (Entered: 06/03/2003) |
| 06/03/2003 | 411 | Minute entry as to all defts except #30 dated 5/27/03. Fourth S/C held. Discovery, evidence and motions discussed as stated herein. Motion req. daubert hearing as to defts Carlos Vazquez and Adalberto Rivera is denied as to the weapons expert. Deft Mizaury Lopez's req. to preclude evidence dealing with the murder of El Negro Tapia is grtd. Deft Victor Rivera w/d the motion for COP set for today. De novo hearing as to Heriberto Toro is set for 6/2/03 at 1:30 PM and as to Adalberto Rivera at 2:00 PM. etc. Court Reporter: Joyce del Valle ( Judge Juan M. Perez-Gimenez ) (ni) Modified on 06/03/2003 (Entered: 06/03/2003) |
| 06/04/2003 | | ENDORSED ORDER as to Cristian Rivera-Pica [402-1] motion for 404 (b) disclosure Noted. as to Cristian Rivera-Pica (39) ( Entered by Judge Juan M. Perez-Gimenez ) (ni) (Entered: 06/04/2003) |
| 06/11/2003 | 419 | MOTION by USA as to all defts except #30. to Extend Time for 1 week to provide plea offers and req. info. (ni) (Entered: 06/12/2003) |
| 07/01/2003 | 439 | Brief by USA as to all defts except #30 re: Division of deft's into groups for trial w/attach. (ni) (Entered: 07/02/2003) |
| 07/11/2003 | 468 | MINUTES of Setting for all defts: reset Jury Trial for 9:00 7/21/03 for Jose Davila-Lopez, for Javier Baez-Davila, for Modesto Zarogoza-Lasa, for Wilson Mendoza, for Heriberto Ofray-Campos, for Alberto Reyes-Rodriguez, Osvaldo Ortiz-Roman, for Carlos Vazquez-Molina, for Harold Rivera-Davila, for Geraldo Rodriguez-Vina, for Geraldo |

| | | |
|---|---|---|
| | | Rodriguez-Lopez, for Carlos A. Rodriguez-Suarez, for Lopez-Soto, for Ruben E. Colon-Morales, for Jose A. Ortiz-Lebron, for Reymundo Massari-Texidor, for Carmen Melendez-Estrella, for Jose Davila-Morales, for Dennys Cruz-Pereira, for Heity Rodriguez-De-Alma, for Pedro Jose Diaz-Clavell, for Carlos R. Pica-Lynn, for Carlos M. Escobar-Figueroa, for Carlos Jovani Escobar-Figueroa, for Felipe Rosas-Santos, for Samuel Rivera-Rodriguez, for Domingo Rodriguez-Lebron, for Omar Rivera-Rodriguez, for Anthony Gomez-Cruz, for Miguel A. Rodriguez-Vazquez, for Victor M. Rivera-Martinez, for M. Rivera-Rodriguez, for Antonio Acosta-Anes, for Geraldo Rios-Lebron, for Jovani Acevedo-Morales, for Heriberto Torres-Suarez, for Gamalier Colon-Morales, for Cristian Rivera-Pica, for Jose L. Morales-Rodriguez, for Juan Torres-Ortiz, for Julio Anaya-Suarez, for Adalberto Rivera-Santiago before Judge Juan M. Perez-Gimenez (CLERK) (cm) (Entered: 07/11/2003) |
| 07/21/2003 | 568 | Minute entry as to Detfs #3,5,13,18,19,21,23,24,32,39 & 41: Ct is cancelling jury panel scheduled for 7/21/03 and the defts that remain will be tried together. Defts are to inform by 7/30/03 if they will go to trial or if they will plea. Reset Jury Trial for 9:00 8/4/03 before Judge Juan M. Perez-Gimenez Court Reporter: Bo Vazquetelles ( Judge Juan M. Perez-Gimenez ) (cm) Modified on 07/29/2003 (Entered: 07/23/2003) |
| 07/22/2003 | 569 | TRANSCRIPT of order filed in case before Hon Juan M. Perez Gimenez as to Modesto Zarogoza-Lasa, Heriberto Ofray-Campos, Mizaury Lopez-Soto, Jose Davila-Morales, Dennys Cruz-Pereira, Pedro Jose Diaz-Clavell, Carlos M. Escobar-Figueroa, Carlos Jovani Escobar-Figueroa, Victor M. Rivera-Martinez, Cristian Rivera-Pica, Juan Torres-Ortiz for dates of 7/21/03 Court Reporter: Boabdil Vazquetelles (cm) (Entered: 07/29/2003) |
| 07/23/2003 | | ENDORSED ORDER as to Cristian Rivera-Pica [401-1] motion requesting that the gov be specific about its case against deft so that he can prepare a defense Noted. as to Cristian Rivera-Pica (39) ( Entered by Judge Juan M. Perez-Gimenez ) (cm) (Entered: 07/28/2003) |
| 07/24/2003 | | Vol I sent to File. (cm) (Entered: 07/24/2003) |
| 07/30/2003 | | Vol #3 ref. to Courtroom Deputy. (ni) (Entered: 07/30/2003) |
| 08/04/2003 | 595 | Plea Agreement with government's version of the facts attached as to Cristian Rivera-Pica (re) (Entered: 08/06/2003) |
| 08/04/2003 | | Change of Plea Hearing as to Cristian Rivera-Pica held before Judge Juan M. Perez-Gimenez (re) (Entered: 08/06/2003) |
| 08/04/2003 | | PLEA of Guilty: Cristian Rivera-Pica (39) count(s) 1 ; Court accepts plea. (re) (Entered: 08/06/2003) |
| 08/04/2003 | 596 | Minute entry as to Cristian Rivera-Pica: COP hrg. held. PONG w/d. POG entered as to count 1. setting Sentencing for 10:00 11/12/03 for Cristian Rivera-Pica before Judge Juan M. Perez-Gimenez PSI report is ordered The Deft. is to remain U/C. Court Reporter: B. Vazquetelles ( Judge Juan M. Perez-Gimenez ) (re) (Entered: 08/06/2003) |
| 09/10/2003 | | CASE REFERRED TO COURTROOM DEPUTY (volumes 5 and 6). (li) (Entered: 09/10/2003) |

| | | |
|---|---|---|
| 09/24/2003 | | **Setting Judge flag for cal. (fr) (Entered: 09/24/2003) |
| 10/03/2003 | | CASE REFERRED TO COURTROOM DEPUTY. (ni) (Entered: 10/03/2003) |
| 11/10/2003 | 823 | PRESENTENCE INVESTIGATION REPORT with transmittal memo (Sealed) as to Cristian Rivera-Pica (ni) (Entered: 11/13/2003) |
| 11/12/2003 | | Sentencing held before Judge Juan M. Perez-Gimenez Cristian Rivera-Pica (39) count(s) 1 (ni) (Entered: 11/14/2003) |
| 11/12/2003 | 855 | Minute entry as to Cristian Rivera-Pica : Case called for sentence and same is imposed. Court Reporter: Diane Breaz ( Judge Juan M. Perez-Gimenez ) (ni) (Entered: 11/14/2003) |
| 11/12/2003 | 856 | JUDGMENT Cristian Rivera-Pica (39) count(s) 1. IMPR for a term of 37 months. SRT of 3 years. SRT of 3 years. SMA of $100.00. ( Signed by Judge Juan M. Perez-Gimenez ) terminated party Cristian Rivera-Pica (ni) (Entered: 11/14/2003) |
| 11/12/2003 | 858 | Informative Motion by USPO as to Cristian Rivera-Pica re: changes were effected upon PSI (ni) (Entered: 11/14/2003) |
| 11/13/2003 | 873 | Order as to Cristian Rivera-Pica returning PSI to USPO with acknowlegment of receipt from USPO. (Clerk) (cm) (Entered: 11/17/2003) |
| 11/18/2003 | | WRIT of Habeas Corpus ad Testificandum issued for Francisco Rivera Cardona for 11/20/03 in case as to all defendants. (cm) (Entered: 11/20/2003) |
| 02/13/2004 | | All defendants: Volume 8 referred to the Appeals Clerk. (li, ) (Entered: 02/13/2004) |
| 04/15/2004 | 1072 | Judgment Returned Executed as to Cristian Rivera-Pica on 4/7/04. (cm, ) (Entered: 04/16/2004) |
| 05/04/2004 | 1091 | Judgment Returned Executed as to Cristian Rivera-Pica on 4/7/04. (cm, ) (Entered: 05/04/2004) |
| 05/13/2004 | 1094 | CJA 20 as to Cristian Rivera-Pica : Authorization to Pay Carlos E. Beck. Amount: $ 9,177.59, Voucher # 031210000079. . Signed by Judge Juan M Perez-Gimenez on 4/23/04. (cm, ) (Entered: 05/13/2004) |
| 07/28/2004 | 1141 | TRANSCRIPT of Proceedings of Fourth S/C as to all defts held on 5/27/03 before Judge Perez-Gimenez. Court Reporter: Joyce del Valle. (ni, ) (Entered: 08/02/2004) |
| 09/01/2004 | 1167 | TRANSCRIPT of Proceedings of S/C as to all defts except #30 held on 1/24/03 before Judge Perez-Gimenez. Court Reporter: B. Vazquetelles. (ni, ) (Entered: 09/02/2004) |
| 11/30/2004 | 1228 | NOTICE OF ATTORNEY APPEARANCE Judith Vargas, USA appearing for USA. (Vargas, Judith) (Entered: 11/30/2004) |
| 01/20/2005 | 1248 | MOTION to Withdraw as Attorney by Irene C. Feldman. by USA as to Jose Davila-Lopez, Javier Baez-Davila, Modesto Zarogoza-Lasa, Wilson Mendoza, Heriberto Ofray-Campos, Alberto Reyes-Rodriguez, Osvaldo Ortiz-Roman, Carlos Vazquez-Molina, Harold Rivera-Davila, Geraldo |

| | | |
|---|---|---|
| | | Rodriguez-Vina, Geraldo Rodriguez-Lopez, Carlos A. Rodriguez-Suarez, Mizaury Lopez-Soto, Ruben E. Colon-Morales, Jose A. Ortiz-Lebron, Reymundo Massari-Texidor, Carmen Maria Melendez-Estrella, Jose Davila-Morales, Dennys Cruz-Pereira, Heity Rodriguez-De-Alma, Pedro Jose Diaz-Clavell, Carlos R. Pica-Lynn, Carlos M. Escobar-Figueroa, Carlos Jovani Escobar-Figueroa, Felipe Rosas-Santos, Samuel Rivera-Rodriguez, Domingo Rodriguez-Lebron, Omar Rivera-Rodriguez, Anthony Gomez-Cruz, Modesto A. Vazquez-Soto, Miguel A. Rodriguez-Vazquez, Victor M. Rivera-Martinez, Victor M. Rivera-Rodriguez, Antonio Acosta-Anes, Geraldo Rios-Lebron, Jovani Acevedo-Morales, Heriberto Torres-Suarez, Gamalier Colon-Morales, Cristian Rivera-Pica, Jose L. Morales-Rodriguez, Juan Torres-Ortiz, Julio Anaya-Suarez, Adalberto Rivera-Santiago. (Feldman, Irene) (Entered: 01/20/2005) |
| 01/21/2005 | 1249 | First NOTICE OF ATTORNEY APPEARANCE (Vargas, Judith) (Entered: 01/21/2005) |
| 02/16/2006 | 1452 | INFORMATIVE motion regarding Report on offender and Transfer of Jurisdiction to Rhode Island. by US Probation as to Cristian Rivera-Pica. (Attachments: # 1)(U.S. Probation Officer, Apontema) (Entered: 02/16/2006) |
| 02/22/2006 | 1453 | ORDER granting 1452 Motion Notifying Violation of the Conditions of Supervision and Requesting Transfer of Jurisdiction as to Cristian Rivera-Pica (39). Signed by Judge Juan M. Perez-Gimenez on 2/22/06. (mt, ) (E-mailed to USPO on 2/23/2006) (ni, ). (Entered: 02/22/2006) |
| 03/06/2006 | 1463 | ORDER granting 1248 Motion to Withdraw as Attorney. as to Jose Davila-Lopez (1), Javier Baez-Davila (2), Wilson Mendoza (4), Alberto Reyes-Rodriguez (6), Osvaldo Ortiz-Roman (7), Carlos Vazquez-Molina (8), Harold Rivera-Davila (9), Geraldo Rodriguez-Vina (10), Geraldo Rodriguez-Lopez (11), Carlos A. Rodriguez-Suarez (12), Ruben E. Colon-Morales (14), Jose A. Ortiz-Lebron (15), Reymundo Massari-Texidor (16), Carmen Maria Melendez-Estrella (17), Jose Davila-Morales (18), Heity Rodriguez-De-Alma (20), Carlos R. Pica-Lynn (22), Carlos M. Escobar-Figueroa (23), Carlos Jovani Escobar-Figueroa (24), Felipe Rosas-Santos (25), Samuel Rivera-Rodriguez (26), Domingo Rodriguez-Lebron (27), Omar Rivera-Rodriguez (28), Anthony Gomez-Cruz (29), Modesto A. Vazquez-Soto (30), Miguel A. Rodriguez-Vazquez (31), Victor M. Rivera-Martinez (32), Victor M. Rivera-Rodriguez (33), Antonio Acosta-Anes (34), Geraldo Rios-Lebron (35), Jovani Acevedo-Morales (36), Heriberto Torres-Suarez (37), Gamalier Colon-Morales (38), Cristian Rivera-Pica (39), Jose L. Morales-Rodriguez (40), Julio Anaya-Suarez (42), Adalberto Rivera-Santiago (43). Signed by Judge Juan M Perez-Gimenez on 3/6/06. (mt, ) (Entered: 03/06/2006) |

Certified to be a true & exact copy of the original document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico
By: [signature]
Deputy Clerk
Date: April 27, 2006