107888

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

Christian Rivera-Pica

**WARRANT FOR ARREST**

CASE NUMBER: CR06-50-01S

RECEIVED
AUG 0 8 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Christian Rivera-Pica
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of conditions of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

| | |
|---|---|
| Doreen L. Baldinelli | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| Doreen Baldinelli | August 8, 2006 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at 309 South Quincy St, Greenbay, Wisconsin by USMS | | |
| DATE RECEIVED 08/08/2006 | NAME AND TITLE OF ARRESTING OFFICER Paul Sugrue Deputy US Marshal | SIGNATURE OF ARRESTING OFFICER Paul Sugrue |
| DATE OF ARREST 09/13/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.