**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

SOFRON B. NEDILSKY
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
*www.wied.uscourts.gov*

September 20, 2006

RECEIVED
SEP 25 2006
Property of U.S. District Court
District of Rhode Island

U.S. District Court Clerk
One Exchange Terrance
Federal Building & Courthouse
Providence R.I. 02903

Re: **United States v. Christian Rivera-Pica**
Our Case No. **06-M-628**
Your Case No. **06-CR-50**

Dear Clerk:

Enclosed is the Record of Proceedings before James R. Sickel, and various documents in the above-entitled case.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

SOFRON B. NEDILSKY
Clerk of Court

by: __Cheryl A. Veazie
Deputy Clerk

Enclosures

CN

# UNITED STATES DISTRICT COURT

Eastern District Of Wisconsin

UNITED STATES OF AMERICA
V.

CHRISTIAN RIVERA-PICA

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER: 06-M-628

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint ☒ Other

Petition for warrant for offender under supervision charging a violation of 18 U.S.C. § 3583(d).

**DISTRICT OF OFFENSE**

Rhode Island

**DESCRIPTION OF CHARGES:**

Violation of conditions of supervised release.

**CURRENT BOND STATUS:**

☐ Bail Fixed at and conditions were not met

☐ Government moved for detention and defendant detained after hearing in District of Arrest

☐ Government moved for detention and defendant detained pending detention hearing in District of Offense

☐ Other (Specify)

Representation: ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☐ No ☒ Yes Language: Spanish

**EASTERN DISTRICT OF WISCONSIN**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/13/06
Date

James R. Sickel, United States Magistrate

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

4

CV

AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

V.

**CHRISTIAN RIVERA-PICA**
Defendant

**WAIVER OF RULE 32.1 HEARINGS**
**(Probation/Supervised Release Violation)**

CASE NUMBER: **06-M-628**

CHARGING DISTRICTS
CASE NUMBER: CR06-50-01S

I understand that charges are pending in the DISTRICT OF RHODE ISLAND

alleging violation of 18:3583(d) (Probation/Supervised Release) and that I have been arrested in this district and

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary examination

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

x Christian Rivera Pica
*Defendant*

9/13/06
*Date*

[signature]
*Defense Counsel*

CV

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **James R. Sickel,** presiding.

DATE: September 13, 2006

CASE NO. **06-M-628**

UNITED STATES v. **CHRISTIAN RIVERA-PICA**

PROCEEDING: **INITIAL APPEARANCE**

Deputy Clerk: Cheryl

Court Reporter: 091306

Time Called: 11:42

Time Concluded: 11:54

UNITED STATES by: Timothy W. Funnell

Probation Officer: Jeff Kleemann

Interpreter: Estella Montiseros

DEFENDANT: **Christian Rivera-Pica**, in person, and by

ATTORNEY: **Thomas E. Phillip**

---

Defendant advised of rights. Court appoints counsel.

Defendant requests return to Rhode Island to address probation ~~pro~~ petition.

Govt. requests detention & removal to the District of Rhode Island.

Court orders detention pending transfer to Rhode Island.

Defendant executes waiver in open court.

# United States District Court
# Eastern District of Wisconsin (Green Bay)
# CRIMINAL DOCKET FOR CASE #: 1:06-mj-00628-JRS All Defendants
# Internal Use Only

Case title: USA v. Rivera-Pica
Other court case number: 06-CR-50 District of Rhode Island

Date Filed: 09/13/2006

---

Assigned to: Magistrate Judge James R Sickel

**Defendant**

**Christian Rivera-Pica** (1)

represented by **Thomas E Phillip**
Federal Defender Services of Wisconsin Inc
801 E Walnut St - 2nd Fl
Green Bay, WI 54301
920-430-9900
Fax: 920-430-9901
Email: Tom_Phillip@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

U.S. District Court
Eastern Dist. of Wis.,Green Bay Division
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.
SOFRON B. NEDILSKY, Clerk
DATED: 09-20-06 By [signature] Deputy

---

**Plaintiff**

**USA** represented by **Timothy W Funnell**
United States Department of Justice
(ED-WI)
Office of the US Attorney
205 Doty St - Ste 301
Green Bay, WI 54301
920-884-1066
Fax: 920-884-2997
Email: Tim.Funnell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2006 | 1 | Rule 32.1 Documents Received as to Christian Rivera-Pica (Attachments: # 1 warrant)(cav) (Entered: 09/20/2006) |
| 09/13/2006 | 2 | Minute Entry for proceedings held before Judge James R Sickel : Initial Appearance in Rule 32.1 Proceedings as to Christian Rivera-Pica held on 9/13/2006. Defendant waives hearing. Court orders commitment to District of Rhode Island. Defendant detained pending transfer to District of Rhode Island. (Tape #091306) (cav) (Entered: 09/20/2006) |
| 09/13/2006 | 3 | WAIVER of Rule 32.1 Hearings by Christian Rivera-Pica. (cav) (Entered: 09/20/2006) |
| 09/13/2006 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Christian Rivera-Pica. Defendant committed to District of Rhode Island. Signed by Judge James R Sickel on 09/13/06. (cc: all counsel) (cav) (Entered: 09/20/2006) |