AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U.S.
v.
Christian Rivera-Pica

**APPEARANCE**

Case Number: CR 06-50S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Christian Rivera-Pica

I certify that I am admitted to practice in this court.

10-6-06
Date

Signature

Edward C Roy Jr 3029

Print Name Bar Number

10 WEYBOSSET STREET
Address

| PROVIDENCE | RI | 02903 |
|---|---|---|
| City | State | Zip Code |

| (401) 528-4281 | (401) 528-4285 |
|---|---|
| Phone Number | Fax Number |